

FILED

06/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0244

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0244

KIRK EAKIN and CATHY EAKIN,
husband and wife,

Plaintiffs and Appellants,

v.

STATE OF MONTANA, and KEVIN DOWNS,
Lewis and Clark County Attorney,

Defendants and Appellees.

FILED

JUN 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing themselves, Kirk Eakin and Cathy Eakin (hereinafter the Eakins) move this Court to supplement the record with a transcript of the January 30, 2020 Motion Hearing, already filed in a prior appeal with this Court. *See Eakin v. State*, No. DA 20-0207, Notice of Transcript filed Apr. 20, 2020.

The motion does not specify whether the Eakins contacted opposing counsel for any objection to their request. M. R. App. P. 16(1). We observe that opposing counsel has not filed a response within eleven days, pursuant to this Court's rules. M. R. App. P. 16(2). Having received no objection to the Eakins' request, therefore,

IT IS ORDERED that the Eakins' Motion to Supplement the Record is GRANTED and that a copy of the transcript for the January 30, 2020 Motion Hearing shall be FILED in this appeal as of this Order's date.

The Clerk is directed to provide a copy of this Order to all parties.

DATED this 27ᵗʰ day of June, 2023.

For the Court,

By: _____
Chief Justice